# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CEDRIC CLEVELAND COLLINS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1591** |
| **TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX, ET AL.** | **SECTION "H"(1)** |

## ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, Rec. Doc. 7, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Collins' federal civil rights claims against defendants are **DISMISSED WITH PREJUDICE**.

It is that **FURTHER ORDERED** that Collins's state law claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 24th day of October, 2025.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**